UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART, JR.,

　　　　　Plaintiff,

　　v.

LYNETTE LEWIS HART, et al.,

　　　　　Defendants.

Case No.  26-cv-04732-HSG

**ORDER**

Re: Dkt. No. 4

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING Plaintiff to file his revised application to proceed in forma pauperis by July 30, 2026. Plaintiff's original application to proceed in forma pauperis was denied by Judge Kim, Dkt. No. 4, because it did not provide the Court with sufficient information to evaluate it. In her order, Judge Kim directed Plaintiff to file an amended application by June 25, 2026, but as of the date of this order, Plaintiff has not done so. Should Plaintiff fail to file a revised application by July 30, 2026, his complaint will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  7/9/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge